**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT OF **F**LORIDA
**O**RLANDO **D**IVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:25-mj-1491-DAB

**ANDY CRESPO TARRASA**

**FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
PURSUANT TO RULE 32.1 FED.R.CRIM.P.**

Andy Crespo Tarrasa, having been arrested and presented before me for removal proceedings pursuant to Rule 32.1 Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 32.1 thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 32.1 Violation of Supervised Release from Southern District of Florida held on May 9, 2025.

Based on the defendant's waiver of identity hearing, I find that ANDY CRESPO TARRASA is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that ANDY CRESPO TARRASA be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida June 2, 2025.

_David A. Baker_
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record